# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRANCH BANKING & TRUST COMPANY, successor-in-interest to Colonial Bank by Asset Acquisition from the FDIC as Receiver for Colonial Bank, N.A.,**

      **Plaintiff,**

-vs-                        Case No. 6:10-cv-1177-Orl-31KRS

**MALABAR DEVELOPMENT, LLC; KIRK W. KESSEL; C. DOUGLAS ENGLE; and JAMES C. ALBRIGHT, JR.,**

      **Defendants.**

_____

## ORDER

This cause comes before the Court on the Amended Motion for Award of Attorneys' Fees and Stipulated Motion as to Costs (Doc. No. 80), filed May 4, 2011.

On June 7, 2011, the United States Magistrate Judge issued a report (Doc. No. 83) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Motion for Attorney Fees and Costs is **GRANTED** and Plaintiff is hereby awarded $3,856.24 in costs and $64,248.75 in attorneys' fees, for a total award of $68,104.99.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 24th day of June, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE